To whom it may concern,

    My name is Carson McDowell, and I am a diesel technician and student in the Ford ASSET program at Spartanburg Community College. I have worked at Roger Shiflett Ford since November 2019, and I have worked closely with Matt for about a year and a half. During this time, I have not only worked very closely with Matt, but we have also become close friends. When I began working with Matt, I knew very little about diesel engines, but he quickly took me under his wing and taught me everything I know. Every day at work Matt is always very quick to help if I have any issues diagnosing issues in a truck or need an extra set of hands. However, Matt has not only taught me how to work on diesel vehicles, but he has also taught me a lot about professionalism. He is very particular about his work, and he always tries to make sure everything is done right the first time no matter what it takes. These are traits that I have picked up from him that made me a more productive and efficient worker. I really respect Matt for his work ethic, and I strive to be like him in these ways.

    Not only have I worked under Matt for some time, but we have become friends outside of work as well. Matt is one person I know that I can always count on. He is always just a text away whenever I need advice or even just a simple answer to a question. I also really admire how Matt loves his family. He does everything for his family and strives to be the best man he can be for them. In becoming friends with Matt I have been treated like family. I know that he will always have my back and help me in any way he can. Matt truly is one of the most giving and selfless people I know.

    All in all, my relationship with Matt goes past me working under him. He has been a teacher, a co-worker, and a friend. Matt is one of the hardest working people I know while also being one of the most considerate and caring people I have ever met. I admire and respect him. I hope that I can be as good of a man as he is one day.

Sincerely,

Carson McDowell

864-621-2471
Stmcdo92@yahoo.com

*[signature: Tyler C McDowell]*