

Post Office Box 6
Gaffney, South Carolina 29342

714 Chesnee Highway
Gaffney, South Carolina 29341

(864) 489-4764
Fax (864) 489-3877

www.RogerShiflettFord.com

September 7, 2021

RE: Matthew Gouge

To whom it may concern:

    My name is Roger Shiflett and I am the Dealer Principal and President of Roger Shiflett Ford, Inc. in Gaffney, S.C. I have known Matthew Gouge ("Matt") personally for about fifteen (15) years and find him to be a person of high character and integrity. In January of 2021, our dealership hired Matt as a diesel technician. Matt quickly demonstrated advanced ability and quickly became our lead diesel technician. Subsequently, Matt was promoted to Service Manager, which is a position requiring multi-tasking, accountability and customer service skills. Matt continues to serve in a dual role as Service Manager and lead diesel technician. He took the initiative to serve in both of these roles and continues to train new technicians to become certified diesel technicians. While I hope that Matt will be with us for a long time, I would not hesitate to recommend Matt for a similar position, should he have to leave our dealership. I also would not hesitate to hire him again in the future. We feel fortunate to have him as part of our team at this time.

    Should you have any questions regarding this letter, please do not hesitate to contact me at the dealership. My contact information is listed above. With kindest regards, I am

                                      Very truly yours,

                                      Roger E. Shiflett
                                      Dealer Principal and President
                                      Roger Shiflett Ford, Inc.



Post Office Box 6
Gaffney, South Carolina 29342

714 Chesnee Highway
Gaffney, South Carolina 29341

(864) 489-4764
Fax (864) 489-3877

www.RogerShiflettFord.com

September 7, 2021

RE: Matthew Gouge

To whom it may concern:

    My name is Randy Owenby and I am the General Sales Manager for Roger Shiflett Ford in Gaffney, S.C. Matthew Gouge ("Matt") was hired by us in January of 2021. When we hired Matt, we had an opening for a diesel technician. After hiring Matt and seeing his work ethic and advanced knowledge, we made Matt our lead diesel technician. During the time of his employment here, we have seen Matt's exceptional knowledge and strong leadership abilities. He was promoted to the position of service manager to oversee the day to day operations of our service department, while also continuing to be the lead diesel technician. Matt has taken on the role of training other new technicians to become certified diesel technicians. Looking at Matt's progression in making the service department at Roger Shiflett Ford a better, more profitable and customer oriented department, reveals that Matt has done an outstanding job. My only regret as to the hiring of Matt is that I wish we had found and hired him a lot sooner. I would recommend Matthew Gouge at the highest level. We at Roger Shiflett Ford feel very fortunate to have found and employed him.

    Should you have any questions regarding this letter, please do not hesitate to contact me at the dealership. My contact information is listed above. With kindest regards, I am

                                    Very truly yours,

                                    Randy Owenby,
                                    General Sales Manager
                                    Roger Shiflett Ford