Your Honor,

My name is Caroline Jackson; I am fiancée to Matthew Geouge. We met in 2015 during my last semester of graduate school as a single mother. I was initially attracted to Matt because of his kind, competent nature. My foremost obligation in life is to my son, and anyone who does not share that objective does not belong with us. I do not believe ours was an easy life to undertake. For Matt, this relationship came with baggage and was not the frivolous, lighthearted relationship a bachelor may desire in his twenties.

My son has epilepsy and has been the victim of sexual exploitation by his biological father. Health issues, developmental delays, family court, and counseling are customary parts of our daily lives. Matt has supported us unconditionally in these struggles – emotionally, financially, and spiritually. He has been sole provider in our household since 2015. I do not believe I could have weathered this situation without him. Matt is an uncommon type who sees a need in someone's life and endeavors to fulfill that need with grace and compassion. Matt chose to be a dad he didn't have to be, an incalculable gift. We expect another child in January of 2023, quite accidently and much to my dismay at the timing.

Were I to lean on my academic and professional background in psychology and attempt to give a detached assessment of Matt's character, I see an extremely gifted person who has not yet reached their life's full potential. He is very influential, loves his country and community, and the kind of friend one calls in the middle of the night for help. He is the first one to take responsibility for his actions, the first to stop and move a box turtle from across a busy interstate, and the last man to quit.

Prior to the legal situation, Matt held a federal firearms license for 11 years and was considered a renowned expert. This was his true talent and first love, a loss he felt very intimately. Reminiscent of Rudyard Kipling's "If-", "If you can meet with Triumph and Disaster / And treat those two imposters just the same" … I take this to mean a display of matching character in both the good times and the trying ones. I have witnessed Matt's bravery in this legal situation with unrivaled dignity – truth, integrity, and conscientiousness. Although I would never wish this on us in any capacity ever, I have discovered a priceless piece of knowledge about Matt's character, something I hold in reverence. I know him to be a man of honor.

I am aware of the nuanced details of this case and I have not given up on Matt.

Sincerely,
Caroline O. Jackson, B.A., M.L.S.