Write a mini-article about a person who inspires you.

# Meet My Hero



MATH

That is Matt (at the bottom) he's been my role model ever since he helped my Mom get away from my dad.



Draw a picture or attach a photo of your hero here.

## The Insi[de]

Fascinating Fact[s]

I am __10__ years o[ld]

🍎 My teacher is N___

🏠 The members of [my family]
Mom, gra[ndma,]
grandpare[nts]

👧👦 Some of my frie[nds]
Nicolas,

🍕 My favorite foo[d]

⚽ My favorite spo[rt]

📺 My favorite TV s[how]

🎵 My favorite son[g]

📖 My favorite sch[ool]

👨‍🚀 When I grow u[p]

The nickname
the Sta[r]

Case 1:21-cr-00096-MR-WCM  Document 27-4  Filed 06/20/22  Page 1 of 2

SCHOLASTIC



Case 1:21-cr-00096-MR-WCM   Document 27-4   Filed 06/20/22   Page 2 of 2