





Case 1:21-cr-00096-MR-WCM   Document 27-5   Filed 06/20/22   Page 3 of 4

